**Order entered September 13, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00655-CV

### IN THE INTEREST OF A.R.S., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-19-0972**

### ORDER

Before the Court is court reporter Linda A. Maddox's September 7, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed **no later than October 7, 2021**. Because this is an accelerated appeal in a parental termination case, *we caution that further extension requests will not be granted absent exigent circumstances and the trial court must arrange for a substitute reporter if necessary to ensure the record is filed by October 7th*. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Brett A. hall, Presiding Judge of the 382nd Judicial District Court; Ms. Maddox; and, the parties.

/s/    BILL PEDERSEN, III
       JUSTICE